**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 13, 2004**

**Charles R. Fulbruge III**
Clerk

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 02-21178**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CEDRICK RODGERS,**

**Defendant-Appellant.**

**Appeal from the United States District Court**
**for the Southern District of Texas**
**USDC No. H-01-CV-2105**
**USDC No. H-99-CR-737-2**

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Larry Chris Iles, court-appointed counsel for Cedrick Rodgers, has filed a motion for leave to withdraw as counsel pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that Rodgers's appeal does not present a nonfrivolous issue. See Dinkins v. Alabama, 526 F.2d 1268, 1269 (5th Cir. 1976). Rodgers

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has filed a response to counsel's motion, arguing that his appeal raises nonfrivolous claims of ineffective assistance of counsel.

Our independent review of counsel's <u>Anders</u> brief, Rodgers's response and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED**. <u>See</u> 5TH CIR. R. 42.2. The request for a COA, requested implicitly by the notice of appeal, is **DENIED**.